**KYM SAMUEL CUSHING**
Nevada Bar No. 4242
**KEVIN S. SMITH**
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
kevin.smith@wilsonelser.com
*Attorneys for Defendant*
*7-Eleven, Inc. (erroneously sued and served as The Southland Corporation)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF, NEVADA

| | |
|---|---|
| DERRICK LAGLER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOUTHLAND CORPORATION, a foreign corporation; DOES I-X, and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-00195-JAD-VCF<br><br>**STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |

IT IS HEREBY STIPULATED by and between Anthony Paglia, Esq. of Anthony Paglia Injury Lawyer, Ltd., attorneys for Plaintiff, DERRICK LAGLER (hereinafter "Plaintiff"), and Kym Samuel Cushing, Esq. and Kevin S. Smith, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant 7-ELEVEN, INC., (erroneously sued and served as The Southland Corporation) (hereinafter "Defendant"), that because the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this Court, this case shall

. . .

. . .

. . .

755554v.1

1 | be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further
2 | proceedings.

4 | Dated this ___ day of March, 2015

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**

_____
Kym Samuel Cushing
Nevada Bar No. 4242
Kevin S. Smith
Nevada Bar No. 7184
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Defendant*
*7-ELEVEN, INC. (erroneously sued and served as The Southland Corporation)*

Dated this ___ day of March, 2015

**ANTHONY PAGLIA INJURY LAWYER, LTD.**

_____
Anthony Paglia
Nevada Bar No. 11234
255 E Warm Springs Road, Suite 100A
Las Vegas, NV 89119
702.830.7070; FAX 702.522.0504
*Attorney for Plaintiff*
*DERRICK LAGLER*

755554v.1

## ORDER

IT IS HEREBY ORDERED that, because the value of this case does not exceed the jurisdictional limits of this Court, this case is REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all future proceedings, pursuant to the terms stipulated by the parties set forth herein.

DATED this **10th** day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing
Nevada Bar No. 4242
Kevin S. Smith
Nevada Bar No. 7184
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*7-ELEVEN, INC. (erroneously sued and served*
*as The Southland Corporation)*

755554v.1